United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RONALDO CRUZ ESCALONA-ARAQUE,** | § § § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00494** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Kristi Noem, Secretary of the Department of Homeland Security; Todd Lyons, Acting Director of ICE; Sylvester Ortega, Acting Field Office Director of ICE-ERO San Antonio; and the Warden of the Rio Grande Processing Center, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than April 2, 2026**. 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support their assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than April 9, 2026**.[1]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), and its attachments, on Respondents via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Todd Lyons or his designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Sylvester Ortega or his designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Warden or his designee may be served at Rio Grande Processing Center, 1001 San Rio Blvd., Laredo, TX 78046.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action. Respondent will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court, Rio Grande Processing Center, 1001 San Rio Blvd., Laredo, TX 78046.

Additionally, Respondent is **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on March 26, 2026.

_____
John A. Kazen
United States District Judge